OCTOBER 11, 1948.

No. 87.   BRAND *v.* MILWAUKEE COUNTY ET AL.   ▇

*Per Curiam:* The appeal is dismissed for want of jurisdiction.   Title 28, United States Code, § 1257 (2).   Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by Title 28, United States Code, § 2103, certiorari is denied.   *Charles L. Mullen* for appellant.   *Oliver L. O'Boyle* for appellees.

No. 89.   UNITED STATES *v.* MARYLAND & VIRGINIA MILK PRODUCERS ASSOCIATION, INC. ET AL.

*Per Curiam:* The motions to transfer are granted and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit pursuant to Title 18, United States Code, § 3731.   *United States* v. *Swift & Co.,* 318 U. S. 442; *United States* v. *Wayne Pump Co.,* 317 U. S. 200.   *George T. Washington,* then Acting Solicitor General, for the United States. *Elwood H. Seal* for the Maryland & Virginia Milk Producers Assn., Inc.; *William Blum, Jr.* for Alexandria Dairy Products Co., Inc.; *John J. Wilson* for the Chestnut Farms-Chevy Chase Dairy; *William E. Leahy* and *William J. Hughes, Jr.* for Derrick; *Elisha Hanson, Arthur B. Hanson* and *Letitia Armistead* for Safeway Stores, Inc.; *John F. Hillyard* for Simpson Bros., Inc.; and *Raymond Sparks* for Thompson's Dairy, Inc., appellees.